UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL BRAVO SILVA,<br><br>               Plaintiff,<br><br>       -against-<br><br>JSM FOODS CORP., d/b/a Casa Mia Ristorante, and<br>CHRIS MORRISSEY,<br><br>            Defendants. | 25-CV-7689 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On November 13, 2025, the parties were directed to schedule mediation within sixty days. ECF No. 15. That Order further directed the parties to file a joint letter and proposed case management plan within two weeks of unsuccessful mediation. *Id.* The docket indicates that mediation was first scheduled for January 21, 2026, and then rescheduled for March 25, 2026. However, the Court has received no filing from the parties. By **April 17, 2026**, the parties are directed to comply with ECF No. 15, if the mediation was unsuccessful, or provide a joint status update regarding mediation.

Dated: April 15, 2026
      White Plains, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge