UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL BRAVO SILVA,

                                Plaintiff,

                -against-

JSM FOODS CORP., d/b/a Casa Mia Ristorante, and
CHRIS MORRISSEY,

                                Defendants.

25-CV-7689 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

By no later than April 17, 2026, the parties were directed to comply with the Court's previous Order at ECF No. 15 or provide a joint status update regarding mediation. ECF No. 17. Again, the Court received no filing. By April 24, 2026, the parties are directed to comply with the Court's directive at ECF No. 17, or the Court will enter an order to show cause why this case should not be dismissed for failure to prosecute.

Dated: April 22, 2026
        White Plains, New York

SO ORDERED.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge