UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

| | |
|---|---|
| DANIEL BRAVO SILVA, on behalf of himself and all others similarly situated, Plaintiff, -against- JSM FOODS CORP. d/b/a CASA MIA RISTORANTE and CHRIS MORRISSEY, Defendants. | **No. 25 Civ. 7689 (JGLC)** **~~PROPOSED~~ JUDGMENT** |

---------------------------------------------------------------- X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on July 28, 2026, *see* ECF No. 26; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Daniel Bravo Silva and against JSM Foods Corp. d/b/a Casa Mia Ristorante and Chris Morrissey, jointly and severally, in the amount of $51,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

All deadlines and conferences, including the initial pretrial conference scheduled for September 17, 2026, are canceled. The Clerk of Court is directed to close the case.

Dated: August 4, 2026
White Plains, New York

So Ordered.

Jessica Clarke

Jessica G.L. Clarke
United States District Judge